NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOURDEAU BROS., INC.,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**DEERE & COMPANY,**
*Intervenor.*

---

2012-1262

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-487.

---

**ON MOTION**

---

**O R D E R**

Deere & Company moves for leave to file a replacement corrected brief to redact sensitive material contained in the corrected non-confidential brief of intervenor filed on October 23, 2012.

Upon consideration thereof,

BOURDEAU BROS., INC. v. ITC                                    2

IT IS ORDERED THAT:

The motion is granted and the replacement corrected brief is accepted for filing.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21